UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DEWAYNE D. KNIGHT,

    Plaintiff,

v.

SONJA ANDERSON, ASHLEY DRONE,
MICHAEL KEMERLING, JAMES PATTERSON,
and NURSE HONLY,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 19-cv-575-pp

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint, filed under 42 U.S.C. §1983 and alleging that the defendants were deliberately indifferent to his medical needs, is **DISMISSED**.

    **THE COURT ORDERS** that defendants Patterson, Anderson, Drone, and Kemerling's motions for summary judgment are **GRANTED**. Dkt. Nos. 35, 42. Defendant Nurse Honly was previously dismissed.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 8th day of August, 2022.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**

    GINA M. COLLETTI
    Clerk of Court
    s/ *Cary Biskupic*
    (by) Deputy Clerk